**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Rose BROCK–DAVIS, Defendant–Appellant.**

**No. 08–30074.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 24, 2008.*

Filed Nov. 28, 2008.

John P. Rhodes, FDMT–Federal Defenders of Montana, Missoula, MT, for Defendant–Appellant.

Michael S. Lahr, USHE–Office of the U.S. Attorney, Helena, MT, for Plaintiff–Appellee.

Before: ALARCÓN, LEAVY, and TALLMAN, Circuit Judges.

MEMORANDUM **

Rose Brock–Davis appeals from the district court's restitution order following remand from this court's decision in *United States v. Brock–Davis,* 504 F.3d 991 (9th Cir.2007). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Brock–Davis contends that the district court erred by ordering restitution under the Mandatory Victims Restitution Act of 1996 ("MVRA"), because an owner of a motel is not a victim under the MVRA, and because the imposition of restitution violated her Sixth Amendment rights. We have already addressed these contentions in *United States v. Brock–Davis*, 504 F.3d 991 (9th Cir.2007), and therefore decline to address them again pursuant to the law of the case doctrine. *See United States v. Scrivner*, 189 F.3d 825, 827–28 (9th Cir. 1999).

**AFFIRMED.**